**From:** ███████████████████████████████

**Sent:** Monday, March 23, 2026 2:07 PM

**To:** MND Duty_Chambers ████████████████████████████

**Cc:** ██████████████████████████████████████

**Subject:** Withdrawing of 26-mj-205, 26-mj-206, 26-mj-207

<mark>**CAUTION - EXTERNAL:**</mark>

Chambers:

Please be advised, we are withdrawing the following search warrants: 26-mj-205, 26-mj-206, 26-mj-207.

Thank you,

████████████████ **Special Agent**
Homeland Security Investigations | SAC St. Paul